PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>             v.<br><br>CARL RAY WOODRUFF,<br><br>                Defendants. | CASE NO. 2:14-CR-00333-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 8, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on September 8, 2017.

2. By this stipulation, the defendant now move to continue the status conference until September 22, 2017, and to exclude time between September 8, 2017, and September 22, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 500 pages of reports and documents. This discovery has been provided directly to defense counsel.

    b) Counsel for the defendant desires additional time to consult with his client, conduct investigation related to the charges and potential defenses at trial, review the discovery, consult with the United States regarding resolution of this case and otherwise prepare for trial.

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

Additionally, this case involves conducted that occurred in at least three federal judicial districts.

        c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 8, 2017 to September 22, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

| | |
|---|---|
| Dated: September 7, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| Dated: September 7, 2017 | /s/ TODD D. LERAS<br>TODD D. LERAS<br>Counsel for Defendant<br>Carl Ray Woodruff |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 8, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge