IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARL RAY WOODRUFF, aka "RUSTY",<br><br>Defendant. | CASE NO. 2:14-CR-00333-GEB<br><br>ORDER DISMISSING INDICTMENT<br><br>DATE: October 20, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**ORDER**

Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment is dismissed against the above-captioned defendant. The October 20, 2017 status hearing in this matter is VACATED.

Dated: October 5, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge